IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHEDRACH JOHN PAUL,

      **Plaintiff,**

v.                                Case No. 4:15cv377-MW/CAS

**MIRNA BLANTON,
SHEDRACH JOHN PAUL,**

      **Defendants.**
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 25. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** as frivolous and for failing to state a claim upon relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Clerk shall note on the docket this case is dismissed pursuant to 28 U.S.C. §

1

1915(e)(2)(B)(ii)." The Clerk shall close the file.

**SO ORDERED on December 16, 2015.**

s/Mark E. Walker<br>**United States District Judge**